# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br> v.<br><br>JACK CLARK,<br><br>    Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09-cv-01125-OWW-DLB<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES**<br><br>**Date:** September 18, 2009<br>**Time:** 9:00 a.m.<br>**Courtroom:** 9 (6th Floor) |

  Upon review of Petitioners United States of America and Revenue Officer Dennis Stiffler's Petition to Enforce Internal Revenue Service Summonses, the Memorandum of Points and Authorities and Declaration of Revenue Officer Dennis Stiffler filed in support of the petition,

  IT IS HEREBY ORDERED that Respondent Jack Clark ("Respondent") appear before the United States District Court for the Eastern District of California, in Courtroom No. 9, on the 18th day of September, 2009, at 9:00 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service summonses served upon him on November 3, 2008, and attached to the Declaration of Dennis Stiffler.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Petition to Enforce Internal Revenue Service Summonses, the Memorandum of Points and Authorities and Declaration of Dennis Stiffler filed in support of the petition, shall be served upon Respondent on or before August 3, 2009.

IT IS HEREBY FURTHER ORDERED that within 21 days of service of a copy of this Order to Show Cause and accompanying papers, Respondent shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summonses, supported by appropriate declaration(s), as well as any motions the Respondent desires to make.  The United States may file a reply within 14 days from the date of service of Respondent's response.  All motions and issues raised by the Respondent will be considered on the return date of this Order, and any uncontested allegations in the Petition to Enforce Internal Revenue Service Summonses will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

Dated:   **July 6, 2009**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE