| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>United States Attorney |
| 2 | ALYSON A. BERG (SBN 184795)<br>Assistant United States Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Petitioners United States of America<br>and Revenue Officer Dennis Stiffler |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service, | ) ) ) | 1:09-cv-01125-OWW-DLB |
| Petitioners, | ) ) ) | **PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING;** |
| v. | ) ) | **ORDER THEREON** |
| JACK CLARK, | ) ) | **OLD HEARING DATE:** |
| Respondent. | ) ) ) | **Date:** September 18, 2009<br>**Time:** 9:00 a.m.<br>**Ctrm:** 9 |
| | | **NEW HEARING DATE:** |
| | | **Date:** October 30, 2009<br>**Time:** 9:00 a.m.<br>**Ctrm:** 9 |

Petitioners United States of America and Revenue Officer Dennis Stiffler (collectively, "the United States"), by and through undersigned counsel, hereby request that the Court grant a continuance of the Order to Show Cause Hearing to Enforce Internal Revenue Service Summons, currently scheduled for September 18, 2009, to October 30, 2009, at 9:00 a.m. Petitioners need additional time in order to locate and effect process of service on Respondent Jack Clark.

---

1

**PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING;
[PROPOSED] ORDER THEREON**

                                Respectfully submitted,

Dated: August 12, 2009               LAWRENCE G. BROWN
United States Attorney

By:   /s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Petitioners
United States of America
and Revenue Officer
Dennis Stiffler

## ORDER

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued to October 30, 2009, at 9:00 a.m., in Courtroom 9.

IT IS SO ORDERED.

Dated: **August 19, 2009**                **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE