1  LAWRENCE G. BROWN
   United States Attorney
2  ALYSON A. BERG (SBN 184795)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioners United States of America
   and Revenue Officer Dennis Stiffler

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA and          1:09-cv-01125-OWW DLB
   )
12 DENNIS STIFFLER, Revenue         )    PETITIONERS' REQUEST FOR
   Officer, Internal Revenue Service, )   CONTINUANCE OF ORDER TO SHOW
13                                   )    CAUSE HEARING;
              Petitioners,           )    ORDER THEREON
14                                   )
15       v.                          )    OLD HEARING DATE:
                                     )
16 JACK CLARK,                       )    Date:  October 30, 2009
                                     )    Time:  9:00 a.m.
16                                   )    Ctrm:  9
              Respondent.            )
17 _____ )
                                          NEW HEARING DATE:
18
                                          Date:  January 29, 2010
19                                        Time:  9:00 a.m.
                                          Ctrm:  9
20

21       Petitioners United States of America and Revenue Officer Dennis Stiffler (collectively,

22 "the United States"), by and through undersigned counsel, hereby request that the Court grant a

23 continuance of the Order to Show Cause Hearing to Enforce Internal Revenue Service Summons,

24 currently scheduled for October 30, 2009, to January 29, 2010, at 9:00 a.m.  Petitioners seek

25 additional time to locate and effect service on Respondent Jack Clark under Federal Rules of Civil

26 Procedure, Rule 4(m).

27 ///

28 ///

1    Good cause for this continuance exists because the Petitioners have attempted service at

2  no less than three addresses with no success.  Attached hereto are true and correct copies of the

3  declaration of John Reed and the declaration of Dennis Stiffler detailing the Petitioners' efforts.

4    Mr. Clark's last known physical address was 2189 Vartikian Avenue, Clovis, California

5  93611.  This address is also connected to a post office box where Mr. Clark receives his mail.

6  (Declaration of Dennis Stiffler, ¶¶ 4-5 ("Siffler Decl.")[1].)  Petitioners attempted service at this

7  address but Mr. Clark no longer resides at the address and is renting it to a third-party individual.

8  (Declaration of John Reed, ("Reed Decl.")[2] and Stiffler Decl., ¶ 6.)  The rental agreement

9  between the third-party individual and Jack Clark informed the Petitioners that Mr. Clark resides

10  at 172 W. Goshen Avenue, Clovis, California, 93611.  (Stiffler Decl., ¶ 6.)

11    Petitioners attempted service on July 31, 2009 at 172 W. Goshen Avenue, Clovis,

12  California, 93611, but Mr. Clark was not there.  (Reed Decl.)  Petitioners are informed and

13  believe that Mr. Clark does not reside at this address because an individual checking on the house

14  for the owners indicated that Jack Clark did not live there and a neighbor indicated that he does

15  not know a Jack Clark.  (Reed Decl.)  Additionally, research of title to the property did not show

16  Jack Clark as the owner.  (Stiffler Decl., ¶ 7.)

17    Next, Petitioners attempted service at Holiday RV Park, 100 South Dolliver Street, Pismo

18  Beach, California, 93449 on September 9, 2009, but Mr. Clark was not present.  (Reed Decl.)

19  Petitioners are informed and believe that Mr. Clark was last present at this address on September

20  8, 2009 and that he no longer resides at this address.  (Reed Decl. and Stiffler Decl., ¶ 8-9.)

21  Petitioners further believe that Mr. Clark sold his ownership interest in 100 South Dolliver Street,

22  Pismo Beach, California, 93449 in early September.  (Reed Decl. and Stiffler Decl., ¶ 9.)

23    Since the three service attempts, Petitioners attempted to verify if Mr. Clark resides at

24  1724 Minnewawa, Space 86, Clovis, California, 93612 on October 9, 2009; however, no one was

25  present at that address.  (Stiffler Decl., ¶ 10.)  Petitioners are informed and believe that Jack Clark

26

27    [1]  Stiffler Decl. is attached hereto as Exhibit 1.

28    [2]  Reed Decl. is attached hereto as Exhibit 2.

1   does not reside at this address because the manager's office had no record of Jack Clark, other

2   tenants said that they did not know a Jack Clark, and no RVs or other vehicles owned by Jack

3   Clark were present.  (Stiffler Decl., ¶ 10.)

4       Accordingly, Petitioners have been diligent in their attempts to serve Respondent Jack

5   Clark and respectfully request additional time to effect service.

6

7                                               Respectfully submitted,

8   Dated: October 23, 2009                     LAWRENCE G. BROWN
                                                 United States Attorney
9

10

11                                  By:     \s\ Alyson A. Berg
12                                          ALYSON A. BERG
                                            Assistant U.S. Attorney
                                            Attorneys for Petitioners
13                                          United States of America
                                            and Revenue Officer
14                                          Dennis Stiffler

15

                                    **ORDER**
16

17      GOOD CAUSE SHOWING the Order to Show Cause Hearing is continued to January

18  29, 2010, at 9:00 a.m., in Courtroom 9.

19  IT IS SO ORDERED.

20      **Dated:   October 23, 2009**              **/s/ Dennis L. Beck**
21                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28