BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG (SBN 184795)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Dennis Stiffler

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>  v.<br><br>JACK CLARK,<br><br>    Respondent. | 1:09-cv-01125-OWW-DLB<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES AND SUGGESTION TO CLOSE FILE** |

Upon review of the Petitioners' Notice of Voluntary Dismissal of Petition to Enforce Internal Revenue Service Summonses and Suggestion to Close File,

IT IS HEREBY ORDERED that the case be dismissed without prejudice, that the Order to Show Cause currently scheduled for Friday, January 29, 2010, at 9:00 a.m. in Honorable Dennis L. Beck's courtroom and the Initial Scheduling Conference currently scheduled for Friday, April 2, 2010 at 8:15 a.m. in Honorable Oliver W. Wanger's courtroom, be taken off-calendar, and that the case be closed.

DATED: January 22, 2010    /s/ OLIVER W. WANGER
                  UNITED STATES SENIOR DISTRICT JUDGE